# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00038-CV

**Drax Marlow, Appellant**

**v.**

**Christian Nash and Tairus, LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-012961, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Drax Marlow has filed a Motion to Dismiss Interlocutory Appeal stating that he no longer desires to bring this appeal. He certifies that appellees' counsel agreed to the motion. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: June 20, 2013